1014

[No. 37403-6-I.   Division One.   August 11, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. JOHN
BRENT SHAPE, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-07599-0, Marilyn R. Sellers, J., entered
September 1, 1995. *Reversed* by unpublished opinion per
curiam.

[No. 37611-0-I.   Division One.   August 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAY R.
JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-1-07595-7, Patricia H. Aitken, J., entered
March 25, 1995. *Affirmed in part* and *remanded* by unpub-
lished per curiam opinion.

[No. 38469-4-I.   Division One.   August 11, 1997.]

DECLAN BOYLE, *Appellant*, v. SUNRISE HEALTHCARE
CO., *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-20719-9, Jim Bates, J., entered March 12,
1996. *Affirmed* by unpublished opinion per Ellington, J.,
concurred in by Baker, C.J., and Cox, J.

[No. 38570-4-I.   Division One.   August 11, 1997.]

THE STATE OF WASHINGTON, *Appellant*, v. LAURA P.
PARK, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-06720-1, Richard M. Ishikawa, J., enter-
ed April 12, 1997. *Affirmed* by unpublished opinion per
Ellington, J., concurred in by Becker and Cox, JJ.